UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 1:19MJ*189* |
| | ) |
| v. | ) |
| | ) Court Date: May 6, 2019 |
| ALFONZO P. SCOTT, | ) |
| | ) |
| Defendant | ) |

## CRIMINAL INFORMATION

(Misdemeanor 7517190)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 22, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALFONZO P. SCOTT, did unlawfully operate a motor vehicle upon a highway recklessly in a manner so as to endanger life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 46.2-852)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____
Amanda R. Williams
Special Assistant U.S. Attorney
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3776
amanda.r.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this ___18___ day of April, 2019 to the defendant at:

Alfonzo P. Scott
6005 Cathedral Road
Fredericksburg, Virginia 22407

_____
Amanda R. Williams
Special Assistant U.S. Attorney